

PROB 12A

FILED   Brooklyn, NY
IN CLERK'S OFFICE   Greene
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 07 2012 ★
BROOKLYN OFFICE

## United States District Court
for the
### Eastern District of New York
#### Report on Offender Under Supervision

Name of Offender: **Kelvin Morgan**     Case Number: **08-CR-264**

Name of Sentencing Judicial Officer: **The Honorable John Gleeson, United States District Judge**

Date of Original Sentence: **December 18, 2008**

Original Offense: **Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine Base and Cocaine, a Class A Felony, in violation of 21 U.S.C. §§ 846 and 841(a)(1)**

Original Sentence: **Twelve Months Custody, Five Years Supervised Release and a $100 Special Assessment; Special Condition imposed at Sentencing, Participate in a drug treatment program as directed by the supervising officer.**
Conditions Modified: **February 23, 2011, to include 50 hours of community service per month while unemployed. December 1, 2011, to include 30 days home confinement for possession of marijuana arrest.**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **January 22, 2010**

===========================================================================

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | The offender violated the mandatory condition "the defendant not commit another federal, state, or local crime." |

U.S. Probation Officer Action:

We are currently writing to inform Your Honor of the offender's recent arrest. According to the arrest report and an interview with the arresting officer, the offender was pulled over for a dim taillight while driving on Woodbine Street in Brooklyn, NY, on January 28, 2012. In the course of the stop, it was discovered that the registration for the vehicle had expired and that the registration card attached to the vehicle had been manually altered to reflect an incorrect date implying it was still valid. The offender was arrested for possession of a forged instrument in violation of New York State Penal Law 170.25 in the second degree, a D felony, as well as Vehicular Traffic Law 375, inadequate or no stop lamps. As the offender was not the owner of the car, and no presumptive evidence existed indicating the offender was aware of the forgery, the Kings County District Attorney's office declined prosecution of the case. The offender reported to the probation office on February 1, 2012, and notified his officer within the prescribed 72 hour time period outlined in the conditions of supervision. Upon interviewing the offender regarding his arrest, he indicated he was borrowing his girlfriend's car and had no knowledge as to the expiration of the registration. He was given a verbal reprimand for the incident and instructed to be more conscientious.

To date, the offender has been completing his community service obligation as required, is involved in a training program to obtain his commercial driver's license, and has been compliant with his electronically monitored curfew. The Probation Department respectfully recommends that no further action be taken at this time. We will continue to monitor the offender and notify the Court if there are any further issues or additional violations.

Respectfully submitted by,

Hillel Greene
U.S. Probation Officer

Approved by,

Robert E. Cardinal
Supervising U.S. Probation Officer
Date: February 2, 2012

THE COURT ORDERS:
- [x] No Action
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

s/John Gleeson
Signature of Judicial Officer

2/6/12
Date